UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| RICKIE L. HILL, | Case No. 3:14-cv-00680-RCJ-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, et al., | |
| Respondents. | |

This *pro se* habeas corpus petition pursuant to 28 U.S.C. § 2254 is before the court on petitioner Rickie L. Hill's motion for extension of time to file his opposition to respondents' motion to dismiss (ECF No. 21). Good cause appearing, the court shall grant petitioner forty-five (45) days from the date of this order to file his opposition.

**IT IS THEREFORE ORDERED** that petitioner's motion for extension of time to file his opposition to the motion to dismiss (ECF No. 21) is **GRANTED**. Petitioner shall file and serve his opposition within **forty-five (45) days** of the date this order is entered.

**IT IS FURTHER ORDERED** that respondents' motion for extension of time to file their responsive pleading (ECF No. 13) is **GRANTED** *nunc pro tunc*.

DATED: 20th day of November, 2017.

ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

1