UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICKIE L. HILL,<br><br>                  Petitioner,<br>v.<br><br>RENEE BAKER, et al.,<br><br>                  Respondents. | Case No. 3:14-cv-00680-RCJ-WGC<br><br>ORDER |

*Pro se* 28 U.S.C. § 2254 habeas corpus petitioner Rickie L. Hill has filed a motion to withdraw his motion for date discovery starts and for sanctions against the assistant attorney general (ECF No. 46). Good cause appearing,

**IT IS ORDERED** that petitioner's motion to withdraw his motion for date discovery starts (ECF No. 46) is **GRANTED**. Petitioner's motion for date discovery starts (ECF No. 44) is **WITHDRAWN**.

DATED: 2 July 2018.

                                                                                          _____
                                                                                          ROBERT C. JONES
                                                                                         UNITED STATES DISTRICT JUDGE