UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICKIE L. HILL,<br><br>Petitioner,<br>v.<br>RENEE BAKER, et al.,<br><br>Respondents. | Case No. 3:14-cv-00680-RCJ-WGC<br><br>ORDER |

*Pro se* 28 U.S.C. § 2254 habeas corpus petitioner Rickie L. Hill has filed another motion for extension of time to oppose respondents' motion to dismiss (ECF No. 49). This is at least his third motion for an extension of time. The court shall grant the motion in part and give petitioner a short extension of time. Petitioner is expressly advised that, absent extraordinary circumstances, the court is highly unlikely to grant any further extension.

**IT IS THEREFORE ORDERED** that petitioner's motion for extension of time to oppose the motion to dismiss (ECF No. 49) is **GRANTED** in part. **Petitioner shall file his opposition on or before August 3, 2018.**

**IT IS FURTHER ORDERED** that petitioner's second motion to withdraw his motion for date discovery starts (ECF No. 48) is **DENIED** as moot.

DATED: 23 July 2018.

ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

1